# Court of Appeals
# of the State of Georgia

ATLANTA,  September 13, 2022

*The Court of Appeals hereby passes the following order:*

**A22A0759. GLENDA FAY WALDON v. CHLOE'S COTTAGE, LLC.**
**A22A0760. GLENDA FAY WALDON v. CHLOE'S COTTAGE, LLC.**

The above-referenced cases are hereby DISMISSED as moot based upon our decisions in Case Nos. A22A0648 and A22A0649.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  09/13/2022*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*